IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES FREDERICK LONG, | ) | CIVIL NO. 08-02350 HWG-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION FOR |
| vs. | ) | LEAVE TO PROCEED *IN FORMA* |
| | ) | *PAUPERIS* AND DIRECTING |
| CALIFORNIA DEPARTMENT OF | ) | COLLECTION OF FILING FEE |
| CORRECTIONS and | ) | |
| REHABILITATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED
## *IN FORMA PAUPERIS* AND DIRECTING COLLECTION OF FILING FEE

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, Plaintiff's request to proceed *in forma pauperis* is **GRANTED**. Plaintiff is required to pay the statutory filling fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  When, as here, Plaintiff has insufficient funds available in his prison trust account, the court does not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated, however, to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's prison trust

account.   These payments shall be collected and forwarded by the

appropriate agency to the Clerk of the Court each time the amount

in Plaintiff's account exceeds $10.00, until the filing fee is

paid in full.   28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by

prisoners seeking relief against a government entity or officer

or employee of a government entity.   28 U.S.C. § 1915A(a).   The

court has not yet screened the Complaint to determine whether it

sufficiently states a claim and shall proceed in the normal

course.   After screening, if the court determines that

Plaintiff's Complaint states a claim, the court will issue a

written Order and will then instruct the Clerk of the Court to

send Plaintiff the documents necessary to effect service.

### CONCLUSION

1.   Plaintiff'S request for leave to proceed *in forma
pauperis* is GRANTED.

2.   Plaintiff is obligated to pay the statutory filing

fee of $350.00 fo this action.   Gary R. Stanton, Sheriff, at

Solano County Jail, or his designee, **shall collect from

Plaintiff's prison account** monthly payments in an amount equal to

twenty percent of the preceding month's income credited to

Plaintiff's prison account and shall forward those payments to

the Clerk of Court each time the amount in the account exceeds

$10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of

$350.00 has been collected and forwarded to the Clerk of Court.
THE PAYMENTS SHALL BE CLEARLY IDENTIFIED BY THE NAME AND NUMBER
ASSIGNED TO THIS ACTION.

   3. The Clerk of the Court is DIRECTED to serve a copy
of this Order on Plaintiff and on Gary R. Stanton, Sheriff,
Solano County Jail, 530 Union Avenue, Suite 100, Fairfield, CA
94533.

   4. The court has not yet screened the Complaint to
determine whether it sufficiently states a claim and shall
proceed in the normal course.  After screening, if the court
determines that Plaintiff's Complaint states a claim, the court
will issue a written Order and will then instruct the Clerk of
the Court to send Plaintiff the documents necessary to effect
service.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, January 7, 2009.



   /s/ Susan Oki Mollway
   Susan Oki Mollway
   United States District Judge